IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 14-267 |
| | ) |
| ZENGGUANG LIANG | ) |
| FENG LIN. | ) |

**PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST ZENGGUANG LIANG AND FENG LIN**

AND NOW, this __22nd__ day of __March__, 2016, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture Against Zengguang Liang and Feng Lin, it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of Zengguang Liang and Feng Lin in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 981(a)(1)(C): $1,343.00 in United States currency.

2. This Order of Forfeiture Against Zengguang Liang and Feng Lin is hereby incorporated into their respective judgments pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate third-party claims, if any.

_Maurice B. Cohill, Jr._
United States District Court Judge