IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

Criminal No. 14-267

ZENGGUANG LIANG
FENG LIN.

## FINAL ORDER OF FORFEITURE

AND NOW, this 2nd day of June, 2016, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), free and clear of all right, title and interest of any person or entity, including, without limitation, Zengguang Liang and Feng Lin: $1,343.00 in United States currency.

Maurice B. Cohill, Jr.
United States District Court Judge